# United States District Court
## Southern District of Georgia

ENEWTON DESIGN, LLC

Plaintiff

v.

WALKER PHARMACY & GIFTS, INC.
d/b/a WALKER BOUTIQUE

Defendant

Case No.   6:24-cv-00018-JRH-BKE

Appearing on behalf of   ENEWTON DESIGN, LLC

Plaintiff

(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __2nd__ day of __August__ , __2024__ .

*[signature: Brian K. Epps]*

UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

NAME OF PETITIONER:   Anuj Desai

Business Address:   Arnall Golden Gregory LLP
Firm/Business Name

171 17th Street NW, Suite 2100
Street Address

Atlanta, Georgia   30363
Street Address (con't)   City   State   Zip

Mailing Address (if other than street address)

Address Line 2   City   State   Zip

404-873-8658   193889
Telephone Number (w/ area code)   Georgia Bar Number

Email Address:   anuj.desai@agg.com