# United States District Court
## *Southern District of Georgia*

ENEWTON DESIGN, LLC

Plaintiff

v.

WALKER PHARMACY & GIFTS, INC. d/b/a WALKER BOUTIQUE

Defendant

Case No. 6:24-cv-00018-JRH-BKE

Appearing on behalf of ENEWTON DESIGN, LLC

Plaintiff

(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This   2nd   day of   August  ,  2024  .

*[signature: Brian K. Epps]*

UNITED STATES DISTRICT/MAGISTRATE JUDGE

\*\*\*\*\*

NAME OF PETITIONER:   H. Artoush Ohanian

Business Address:   Ohanian IP
Firm/Business Name

545 Dutch Valley Road, NE, Suite A
Street Address

_____   Atlanta, Georgia   30324
Street Address (con't)   City   State   Zip

Mailing Address (if other than street address)

Address Line 2   City   State   Zip

404-682-2840                    4013260 (Texas Bar Number)
Telephone Number (w/ area code)   Georgia Bar Number

Email Address:   artoush@ohanianip.com